# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: HAGGARD, BETH                       § Case No. 08-32883
                                           §
                                           §
Debtor(s)                                  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am, on 02/24/2011 in Courtroom 250, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  12/29/2010             By:   JOSEPH R. VOILAND
                                                                             Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: HAGGARD, BETH | § Case No. 08-32883 |
| | § |
| | § |
| Debtor(s) | § |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $ 202,000.00

*and approved disbursements of*      $ 61,126.00

*leaving a balance on hand of* [1]      $ 140,874.00

**Balance on hand:**      $ 140,874.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:      $ 0.00
Remaining balance:      $ 140,874.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH R. VOILAND | 8,909.50 | 0.00 | 8,909.50 |
| Trustee, Expenses - JOSEPH R. VOILAND | 405.16 | 0.00 | 405.16 |
| Attorney for Trustee, Fees - JOSEPH R. VOILAND | 8,643.50 | 0.00 | 8,643.50 |
| Attorney for Trustee, Expenses - JOSEPH R. VOILAND | 2,341.40 | 0.00 | 2,341.40 |

Total to be paid for chapter 7 administration expenses:      $ 20,299.56
Remaining balance:      $ 120,574.44

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 120,574.44

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 120,574.44

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,115.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Asset Acceptance LLC/Assignee Bally Total Fitness | 1,422.00 | 0.00 | 1,422.00 |
| 2 | Asset Acceptance LLC/Assignee Bally Total Fitness | 1,422.00 | 0.00 | 1,422.00 |
| 4 | Asset Acceptance LLC/Assignee Bally Total Fitness | 1,343.00 | 0.00 | 1,343.00 |
| 5 | Asset Acceptance LLC/Assignee Bally Total Fitness | 1,343.00 | 0.00 | 1,343.00 |
| 6 | PYOD LLC its successors and assigns as assignee of | 12,497.40 | 0.00 | 12,497.40 |
| 7 | ComEd Co | 969.36 | 0.00 | 969.36 |
| 8 | Chase Bank USA NA | 8,583.07 | 0.00 | 8,583.07 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 9 | Roundup Funding, LLC | 3,535.22 | 0.00 | 3,535.22 |

Total to be paid for timely general unsecured claims: $ 31,115.05
Remaining balance: $ 89,459.39

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 89,459.39

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 89,459.39

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.9% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $649.30. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 88,810.09.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: gbeemster              Page 1 of 2                   Date Rcvd: Jan 24, 2011
Case: 08-32883                Form ID: pdf006              Total Noticed: 37

The following entities were noticed by first class mail on Jan 26, 2011.
db         +Beth Haggard,    5N662 Lost View Lane,    Saint Charles, IL 60175-8707
aty        +James A Young,    James A Young & Associates, Ltd.,    47 DuPage Court,    Elgin, IL 60120-6421
aty        +Joseph R Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
tr         +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
12921123   +Bank of America,    Po Box 26012,    Nc4-105-03-14,    Greensboro, NC 27420-6012
12921125   +Best Buy,    P.O Box 17298,    Baltimore, MD 21297-1298
12921126   +Charles Schwab Bank,    P.O. Box 15726,    Wilmington, DE 19886-5726
12921128   +Chase,    Chase CC Srvs/Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
13956596    Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
12921129   +Citibank,    Attn: Citicorp Credit Services,    7920 Nw 110th Street,    Kansas City, MO 64153-1270
12921131    David Yanoff,    11 W. Washington #1221,    Chicago, IL 60602
12921132   +Dependon Collection Se,    120 W 22d St Ste 360,    Oakbrook, IL 60523-4070
12921134   +Empire Cooler Services, Inc.,    940 West Chicago Avenue,    Chicago, IL 60642-5494
12921135   +Fia Csna,    Po Box 17054,    Wilmington, DE 19850-7054
12921136   +First Usa,na,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
12921137   +Flood Brothers,    17 W 697 Butterfield Rd Suite E,    Villa Park, IL 60181-4042
12921138  ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
            (address filed with court:   HSBC / Best Buy,    Po Box 15522,    Wilmington, DE 19850)
12921143  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court:   Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA 19114)
12921139    Illinois Department of Transportati,    Division of Traffic Safety,    3215 Executive Park Drive,
             Springfield, IL 62766-0001
12921140    Illinois Tollway,    P.O. Box 2501,    Lisle, IL 60532
12921144   +Management Services Inc,    P.O. Box 1099,    Langhorne, PA 19047-6099
12921147   +Pellettieri,    991 Oak Creek Dr,    Lombard, IL 60148-6408
12921148   +Peoples Gas,    130 E. Randolph Drive,    Chicago, IL 60601-6302
12921152   +RMS,    240 Emery Street,    P.O. Box 21298,    Lehigh Valley, PA 18002-1298
12921149    Revenue Cycle Partners,    Patient Financial Services,    2871 Sonert Court, Ste. 300,
             North Liberty, IA 52317
12921150    Revenue Production Management,    P.O. Box 830913,    Birmingham, AL 35283-0913
12921153   +Secretary of State,    Safety & Financial Responsability,    2701 S. Dirksen Parkway,
             Springfield, IL 62723-0001
12921154   +Southwest Credit Systems,    5910 West Plano Parkway,    Suite 100,    Plano, TX 75093-2202
12921133  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court:   Elan Financial Service,    Po Box 790084,    Saint Louis, MO 63179)
12921155   +VanRu Credit Corporation,    1350 E. Touhy AVe. Ste. 100E,    Des Plaines, IL 60018-3337
The following entities were noticed by electronic transmission on Jan 24, 2011.
12921118   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance,
             Po Box 2036,    Warren, MI 48090-2036
13626346   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM
             Asset Acceptance LLC/Assignee Bally Total Fitness,    PO Box 2036,    Warren MI 48090-2036
13698578   +E-mail/Text: legalcollections@comed.com                           ComEd Co,    2100 Swift Road,
             Attn Bankruptcy Section System Credit,    Oakbrook, IL 60523-1559
12921130    E-mail/Text: legalcollections@comed.com                           Commonwealth Edison,
             Bill Payment Center,    Chicago, IL 60668-0001
12921146   +E-mail/Text: BKProcessing@ssiincusa.com                           Oxford Collection Serv,
             135 Maxess Rd Ste 2a,    Melville, NY 11747-3801
13677504    E-mail/Text: resurgentbknotifications@resurgent.com
             PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
             PO Box 10587,    Greenville, SC 29603-0587
13958941    E-mail/PDF: BNCEmails@blinellc.com Jan 25 2011 00:08:11     Roundup Funding, LLC,    MS 550,
             PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Wells, Small, Fleharty & Weil
12921122*   +Asset Acceptance,    Po Box 2036,    Warren, MI 48090-2036
12921119*   +Asset Acceptance,    Po Box 2036,    Warren, MI 48090-2036
12921120*   +Asset Acceptance,    Po Box 2036,    Warren, MI 48090-2036
12921121*   +Asset Acceptance,    Po Box 2036,    Warren, MI 48090-2036
12921124*   +Bank of America,    Po Box 26012,    Nc4-105-03-14,    Greensboro, NC 27420-6012
12921127*   +Charles Schwab Bank,    P.O. Box 15726,    Wilmington, DE 19886-5726
12921141*    Illinois Tollway,    P.O. Box 2501,    Lisle, IL 60532
12921151*    Revenue Production Management,    P.O. Box 830913,    Birmingham, AL 35283-0913
12921142  ##+Innovative Merchant Solutions,    26541 Agoura Rd,    Calabasas, CA 91302-2093
12921145   ##National City,    PO BOX 2049,    Akron, OH 44309-2049
                                                                                 TOTALS: 1, * 8, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: gbeemster         Page 2 of 2              Date Rcvd: Jan 24, 2011
Case: 08-32883                Form ID: pdf006         Total Noticed: 37

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 26, 2011**                **Signature:**   _Joseph Speetjens_