**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HAGGARD, BETH                                 § Case No. 08-32883
                                                     §
                                                     §
Debtor(s)                                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $10,493.00                Assets Exempt: $7,520.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $31,764.35   Claims Discharged
                                              Without Payment: $0.00

Total Expenses of Administration: $81,675.56

3) Total gross receipts of $ 202,009.33 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 88,569.42 (see **Exhibit 2**), yielded net receipts of $113,439.91 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 70,440.66 | 81,675.56 | 81,675.56 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 31,764.35 | 31,764.35 | 31,764.35 |
| **TOTAL DISBURSEMENTS** | $0.00 | $102,205.01 | $113,439.91 | $113,439.91 |

4) This case was originally filed under Chapter 7 on December 02, 2008. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/23/2011          By: /s/JOSEPH R. VOILAND
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| advvanced court costs | 1290-000 | 2,000.00 |
| fraudulent transfer claim- Bernard Haggard | 1241-000 | 200,000.00 |
| Interest Income | 1270-000 | 9.33 |
| **TOTAL GROSS RECEIPTS** | | **$202,009.33** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| HAGGARD, BETH | Dividend paid 99.72% on $88,810.09; Claim# SURPLUS; Final distribution | 8200-000 | 88,569.42 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$88,569.42** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 8,909.50 | 8,909.50 | 8,909.50 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 405.16 | 405.16 | 405.16 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Clerk of the Bankruptcy Court ND, IL | 2700-000 | N/A | 0.00 | 250.00 | 250.00 |
| JOSEPH R. VOILAND | 3110-000 | N/A | 0.00 | 8,643.50 | 8,643.50 |
| JOSEPH R. VOILAND | 3120-000 | N/A | 0.00 | 2,341.40 | 2,341.40 |
| Wells, Small, Fleharty & Weil | 3210-000 | N/A | 60,000.00 | 60,000.00 | 60,000.00 |
| Wells, Small, Fleharty & Weil | 3220-610 | N/A | 1,126.00 | 1,126.00 | 1,126.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 70,440.66 | 81,675.56 | 81,675.56 |

## EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 − GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Asset Acceptance LLC/Assignee Bally Total | 7100-000 | N/A | 1,422.00 | 1,422.00 | 1,422.00 |
| 1I | Asset Acceptance LLC/Assignee Bally Total | 7990-000 | N/A | 29.67 | 29.67 | 29.67 |
| 2 | Asset Acceptance LLC/Assignee Bally Total | 7100-000 | N/A | 1,422.00 | 1,422.00 | 1,422.00 |
| 2I | Asset Acceptance LLC/Assignee Bally Total | 7990-000 | N/A | 29.67 | 29.67 | 29.67 |
| 3 | Asset Acceptance LLC/Assignee Bally Total | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 4 | Asset Acceptance LLC/Assignee Bally Total | 7100-000 | N/A | 1,343.00 | 1,343.00 | 1,343.00 |
| 4I | Asset Acceptance LLC/Assignee Bally Total | 7990-000 | N/A | 28.03 | 28.03 | 28.03 |
| 5 | Asset Acceptance LLC/Assignee Bally Total | 7100-000 | N/A | 1,343.00 | 1,343.00 | 1,343.00 |
| 5I | Asset Acceptance LLC/Assignee Bally Total | 7990-000 | N/A | 28.03 | 28.03 | 28.03 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 12,497.40 | 12,497.40 | 12,497.40 |
| 6I | PYOD LLC its successors and assigns as assignee of | 7990-000 | N/A | 260.79 | 260.79 | 260.79 |
| 7 | ComEd Co | 7100-000 | N/A | 969.36 | 969.36 | 969.36 |
| 7I | ComEd Co | 7990-000 | N/A | 20.23 | 20.23 | 20.23 |
| 8 | Chase Bank USA NA | 7100-000 | N/A | 8,583.07 | 8,583.07 | 8,583.07 |
| 8I | Chase Bank USA NA | 7990-000 | N/A | 179.11 | 179.11 | 179.11 |
| 9 | Roundup Funding, LLC | 7100-000 | N/A | 3,535.22 | 3,535.22 | 3,535.22 |
| 9I | Roundup Funding, LLC | 7990-000 | N/A | 73.77 | 73.77 | 73.77 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 31,764.35 | 31,764.35 | 31,764.35 |

Case 08-32883   Doc 38   Filed 05/28/11   Entered 05/28/11 09:31:28   Desc Main
          Document      Page 5 of 9

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-32883  
**Case Name:** HAGGARD, BETH  

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 12/02/08 (f)  
**§341(a) Meeting Date:** 12/29/08  

**Period Ending:** 04/23/11  
**Claims Bar Date:** 06/03/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Chase checking account | 0.00 | 0.00 | DA | 0.00 | FA |
| 2 | LaSalle checking account | 200.00 | 190.00 | DA | 0.00 | FA |
| 3 | LaSalle savings account | 100.00 | 100.00 | DA | 0.00 | FA |
| 4 | Misc household furniture & appliances, Pictures, | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing | 120.00 | 0.00 | DA | 0.00 | FA |
| 6 | Charles Swaab IRA | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Talisman Collective LLC | 10.00 | 10.00 | DA | 0.00 | FA |
| 8 | 2005 VW Jett GI 24,000 miles | 8,563.00 | 2,673.00 | DA | 0.00 | FA |
| 9 | fraudulent transfer claim- Bernard Haggard  (u) | Unknown | 500,000.00 | | 200,000.00 | FA |
| 10 | advanced court costs | 0.00 | 2,000.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 9.33 | Unknown |
| 11 | **Assets Totals** (Excluding unknown values) | **$10,493.00** | **$504,973.00** | | **$200,009.33** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     April 15, 2011          **Current Projected Date Of Final Report (TFR):**     April 15, 2011

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-32883 | | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| Case Name: | HAGGARD, BETH | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******25-65 - Money Market Account |
| Taxpayer ID #: | **-***6141 | | Blanket Bond: | $50,000,000.00  (per case limit) |
| Period Ending: | 04/23/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/03/10 | {9} | Wells, Small, Fleharty & Weil | settlement proceeds | 1241-000 | 200,000.00 | | 200,000.00 |
| 12/03/10 | 1001 | Wells, Small, Fleharty & Weil | payment of attorney fees per court order of 12/2/10 | 3210-000 | | 60,000.00 | 140,000.00 |
| 12/29/10 | | Wells, Small, Fleharty & Weil | refund of unused court costs | | 874.00 | | 140,874.00 |
| | | | advvanced court costs           2,000.00 | 1290-000 | | | 140,874.00 |
| | | | court cost expended by          -1,126.00 Wells,Small, et.al. | 3220-610 | | | 140,874.00 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.09 | | 140,877.09 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.58 | | 140,880.67 |
| 02/24/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0300% | 1270-000 | 2.66 | | 140,883.33 |
| 02/24/11 | | To Account #9200******2566 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 140,883.33 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **200,883.33** | **200,883.33** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 140,883.33 | |
| | | | **Subtotal** | | **200,883.33** | **60,000.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$200,883.33** | **$60,000.00** | |

{} Asset reference(s)

Printed: 04/23/2011 08:51 AM    V.12.54

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 08-32883  
**Case Name:** HAGGARD, BETH  
**Taxpayer ID #:** **-***6141  
**Period Ending:** 04/23/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******25-66 - Checking Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/24/11 |  | From Account #9200******2565 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 140,883.33 |  | 140,883.33 |
| 02/24/11 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $405.16, Trustee Expenses; Reference: | 2200-000 |  | 405.16 | 140,478.17 |
| 02/24/11 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $8,909.50, Trustee Compensation; Reference: | 2100-000 |  | 8,909.50 | 131,568.67 |
| 02/24/11 | 103 | JOSEPH R. VOILAND | Dividend paid 100.00% on $8,643.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 |  | 8,643.50 | 122,925.17 |
| 02/24/11 | 104 | JOSEPH R. VOILAND | Dividend paid 100.00% on $2,341.40, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 |  | 2,341.40 | 120,583.77 |
| 02/24/11 | 105 | Clerk of the Bankruptcy Court ND, IL | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 |  | 250.00 | 120,333.77 |
| 02/24/11 | 106 | Asset Acceptance LLC/Assignee Bally Total Fitness | Dividend paid 100.00% on $1,422.00; Claim# 1; Final distribution | 7100-000 |  | 1,422.00 | 118,911.77 |
| 02/24/11 | 107 | Asset Acceptance LLC/Assignee Bally Total Fitness | Dividend paid 100.00% on $1,422.00; Claim# 2; Final distribution | 7100-000 |  | 1,422.00 | 117,489.77 |
| 02/24/11 | 108 | Asset Acceptance LLC/Assignee Bally Total Fitness | Dividend paid 100.00% on $1,343.00; Claim# 4; Final distribution | 7100-000 |  | 1,343.00 | 116,146.77 |
| 02/24/11 | 109 | Asset Acceptance LLC/Assignee Bally Total Fitness | Dividend paid 100.00% on $1,343.00; Claim# 5; Final distribution | 7100-000 |  | 1,343.00 | 114,803.77 |
| 02/24/11 | 110 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $12,497.40; Claim# 6; Final distribution | 7100-000 |  | 12,497.40 | 102,306.37 |
| 02/24/11 | 111 | ComEd Co | Dividend paid 100.00% on $969.36; Claim# 7; Final distribution | 7100-000 |  | 969.36 | 101,337.01 |
| 02/24/11 | 112 | Chase Bank USA NA | Dividend paid 100.00% on $8,583.07; Claim# 8; Final distribution | 7100-000 |  | 8,583.07 | 92,753.94 |
| 02/24/11 | 113 | Roundup Funding, LLC | Dividend paid 100.00% on $3,535.22; Claim# 9; Final distribution | 7100-000 |  | 3,535.22 | 89,218.72 |
| 02/24/11 | 114 | Asset Acceptance LLC/Assignee Bally Total Fitness | Dividend paid 100.00% on $29.67; Claim# 1I; Final distribution | 7990-000 |  | 29.67 | 89,189.05 |
| 02/24/11 | 115 | Asset Acceptance LLC/Assignee Bally Total Fitness | Dividend paid 100.00% on $29.67; Claim# 2I; Final distribution | 7990-000 |  | 29.67 | 89,159.38 |
| 02/24/11 | 116 | Asset Acceptance LLC/Assignee Bally Total Fitness | Dividend paid 100.00% on $28.03; Claim# 4I; Final distribution | 7990-000 |  | 28.03 | 89,131.35 |
| 02/24/11 | 117 | Asset Acceptance LLC/Assignee Bally Total Fitness | Dividend paid 100.00% on $28.03; Claim# 5I; Final distribution | 7990-000 |  | 28.03 | 89,103.32 |
| 02/24/11 | 118 | PYOD LLC its successors and | Dividend paid 100.00% on $260.79; Claim# 6I; | 7990-000 |  | 260.79 | 88,842.53 |

Subtotals : $140,883.33   $52,040.80

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-32883  
**Case Name:** HAGGARD, BETH  

**Taxpayer ID #:** **-***6141  
**Period Ending:** 04/23/11  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******25-66 - Checking Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | assigns as assignee of | Final distribution | | | | |
| 02/24/11 | 119 | ComEd Co | Dividend paid 100.00% on $20.23; Claim# 7I; Final distribution | 7990-000 | | 20.23 | 88,822.30 |
| 02/24/11 | 120 | Chase Bank USA NA | Dividend paid 100.00% on $179.11; Claim# 8I; Final distribution | 7990-000 | | 179.11 | 88,643.19 |
| 02/24/11 | 121 | Roundup Funding, LLC | Dividend paid 100.00% on $73.77; Claim# 9I; Final distribution | 7990-000 | | 73.77 | 88,569.42 |
| 02/24/11 | 122 | HAGGARD, BETH | Dividend paid  99.72% on $88,810.09; Claim# SURPLUS; Final distribution | 8200-000 | | 88,569.42 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 140,883.33 | 140,883.33 | $0.00 |
| Less: Bank Transfers | 140,883.33 | 0.00 | |
| **Subtotal** | 0.00 | 140,883.33 | |
| Less: Payments to Debtors | | 88,569.42 | |
| **NET Receipts / Disbursements** | $0.00 | $52,313.91 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******25-65** | 200,883.33 | 60,000.00 | 0.00 |
| **Checking # 9200-******25-66** | 0.00 | 52,313.91 | 0.00 |
| | $200,883.33 | $112,313.91 | $0.00 |

{} Asset reference(s)

Printed: 04/23/2011 08:51 AM     V.12.54